UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

GRAPHIC COMMUNICATIONS CONFERENCE OF THE
 INTERNATIONAL BROTHERHOOD OF TEAMSTERS UNION
   SUPPLEMENTAL RETIREMENT AND DISABILITY FUND;
GEORGE TEDESCHI, TRUSTEE, AND
MALCOLM PRITZKER, TRUSTEE
455 Kehoe Boulevard, Suite 101
Carol Stream, IL 60188

**AMENDED ORDER AND JUDGMENT**

Plaintiffs,

v.

Civil Action No.: 08-CV-0383

WILLIAM VINCIGUERRA,
Doing Business As     NPM/RFT
A-1 QUALITY PRINTING
140 Erie Boulevard, Suite 5
Schenectady, NY 12305

Defendant.

---

Upon the Decision and Judgment dated July 22, 2008, the Agreed Judgment Order filed herein on July 22, 2008 and the Declaration of Jim Thomos pursuant to 28 U.S.C. Section 1746 dated July 15, 2009, with the Exhibits attached thereto,

**IT IS ORDERED AND ADJUDGED**, that the stay of execution of Judgment herein is hereby lifted, and

**IT IS FURTHER ORDERED AND ADJUDGED**, that Plaintiffs recover the sum of $5,811.90 from Defendant, with interest thereon from July 15, 2009 to date of payment.

Dated: September 22, 2009

_____
Neal P. McCurn
Senior U.S. District Judge